RUMFIELD V HENNEY, No. 138041; Court of Appeals No. 288687.

*Orders Granting Oral Argument in Cases Pending on Application for Leave to Appeal April 24, 2009:*

DECOSTA V GOSSAGE, No. 137480. We direct the clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers. Court of Appeals No. 278665.

YOUNG, J. (*concurring*). If the parties choose to submit supplemental briefs for the application for leave to appeal, I would like them to address the theory under which a plaintiff may send a notice of intent to file a claim (NOI) to an address *other than* the defendant's "last known business address," as required by MCL 600.2912b(2), and still receive the benefit of NOI tolling.

I would also like the parties to address whether plaintiff receives the benefit of NOI statutory tolling with respect to defendant Gossage Eye Center (a professional corporation operated as the Gossage Eye Institute, P.L.L.C.), assuming for the sake of argument that the notice provisions of MCL 600.2912b do not expressly apply to a professional corporation.

PEOPLE V EARNEST WARREN, No. 137666. We direct the clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). At oral argument, the parties shall address whether the trial court is obligated under the statutory sentencing guidelines to score all felonies or only the highest class felony. See *People v Mack*, 265 Mich App 122 (2005), *People v Johnigan*, 265 Mich App 463, 472 (2005), and MCL 777.21(2), as amended effective January 9, 2007. The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers. Court of Appeals No. 276816.

BONKOWSKI V ALLSTATE INSURANCE COMPANY, No. 137672. We direct the clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). At oral argument, the parties shall address whether 12 percent no-fault penalty interest under MCL 500.3142 ceases to accrue once the judgment is entered. The parties may file supplemental briefs, limited to that issue, within 42 days of the date of this order, but they should not submit mere restatements of their application papers. Reported below: 281 Mich App 154.